December 17, 1974

People v McQuillan. (Docket No. 54613.) Plaintiff-appellant's petition for extension of time for the filing of petitions is considered and the same is hereby denied December 17, 1974, without prejudice to plaintiff-appellant or any interested party filing with the probate court a motion requesting an extension of time as to any defendant for which an examination and hearing cannot be scheduled within the time established in *People v McQuillan*, 392 Mich 511 (1974). Upon a proper showing, such motions shall be granted by the probate court. *Frank J. Kelley*, Attorney General, *Robert A. Derengoski*,

Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Charles H. Seller,* Assistant Prosecuting Attorney, for the people, appellant. *State Appellate Defender,* for defendant-appellee.